■ IRMGARD KLINGLER et al., Appellants, v STATE OF NEW YORK, Respondent. [623 NYS2d 319] —In a proceeding pursuant

to Court of Claims Act § 10 (6), the claimants appeal from an order of the Court of Claims (Corbett, J.), dated July 20, 1993, which denied their motion for leave to file a late claim.

Ordered that the order is affirmed, with costs.

In order to obtain leave to file a late claim the claimant must establish that there is some merit to the claim asserted *(De Olden v State of New York*, 91 AD2d 1057). The claimant's unsupported opinion that her motor vehicle accident might not have happened had the State installed a traffic light at the intersection where it occurred does not suffice to establish that her claim has merit *(Nyberg v State of New York*, 154 Misc 2d 199). We further note that the claimant's 9-month delay in filing her claim is not adequately excused by her physician's explanation that she had suffered, *inter alia,* a cerebral concussion and cervical strain for an unspecified period of time after the accident *(see, e.g., Cabral v State of New York*, 149 AD2d 453). Santucci, J. P., Joy, Friedmann and Florio, JJ., concur.